# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

September 6, 2017

**Before**

DIANE P. WOOD, *Chief Judge*
KENNETH F. RIPPLE, *Circuit Judge*
ANN CLAIRE WILLIAMS, *Circuit Judge*

No. 16-1958

| | |
|---|---|
| OTIS B. GRANT,<br>    *Plaintiff-Appellant,*<br><br>*v.*<br><br>THE TRUSTEES OF INDIANA UNIVERSITY,<br>ET AL.,<br>    *Defendants-Appellees.* | Appeal from the United States District Court for the Southern District of Indiana, Indianapolis Division.<br><br>No. 1:13-cv-00826-TWP-DML<br><br>Tanya Walton Pratt,<br>*Judge.* |

## O R D E R

The opinion issued in this case on August 31, 2017 is amended as follows:

On page 1, line 1 the words "The University of Indiana" should be deleted and replaced with "Indiana University".

On page 2, line 18 the words "the University of Indiana" should be deleted and replaced with "Indiana University".